[No. 7948–8–II.  Division Two.  November 18, 1986.]

THE CITY OF TACOMA, *Respondent,* v. MORRIS POLACK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-02890-1, Floyd V. Hicks, J., entered June 15, 1984. *Reversed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., Petrich, J., dissenting.

[No. 8100–8–II.  Division Two.  November 18, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS MALLORY BELL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84-1-00222-1, Robert L. Harris, J., entered August 13, 1984. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 7910–1–II.  Division Two.  November 19, 1986.]

*In the Matter of the Marriage of* FRANK L. JOHNSON, *Appellant, and* ELLEN L. JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 298185, Thomas A. Swayze, Jr., J., entered June 1, 1984. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.